UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND;
JOHN J. VIRGA *in his fiduciary capacity as Director*; *and* ROBERT BONANZA *as business manager of the Masons Tenders District Council of Greater New York*;

                Plaintiffs,

– *against* –

PREVEZA CONSTRUCTION CORP.,

                Defendant.

**ORDER**

15 Civ. 7195 (ER)

Ramos, D.J.:

On April 16, 2019, the plaintiffs filed a status report with the Court requesting leave to file a motion for confirmation and enforcement of the arbitration award in question or to voluntarily dismiss this action under Federal Rule of Civil Procedure 41. That request is GRANTED. The plaintiffs may do so by Friday, February 28, 2020.

It is SO ORDERED.

Dated: January 29, 2020
       New York, New York

                                        EDGARDO RAMOS, U.S.D.J.