UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND; JOHN J.
VIRGA, *in his fiduciary capacity as Director*;
and ROBERT BONANAZA, *as business
manager of the Masons Tenders District
Council of Greater New York*,

     Petitioners,

– against –

PREVEZA CONSTRUCTION CORP.,

     Respondent.

**ORDER**

15 Civ. 7195 (ER)

---

Ramos, D.J.:

  On May 1, 2020, the Court ordered the petitioners to file a status report by July 1, 2020. Doc. 16. They have yet to do so. Petitioners are ordered to file a status report by August 8, 2020. Otherwise, the Court will decide the pending motion for confirmation of the arbitration award, Doc. 10.

It is SO ORDERED.

Dated: July 24, 2020
    New York, New York

                  _____
                  Edgardo Ramos, U.S.D.J.