UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND; JOHN J.
VIRGA in his fiduciary capacity as director; and
ROBERT BONANZA as Business Manager of
the Mason Tenders District Council of
Greater New York,

                      Petitioners,                  15 **CIVIL** 7195 (ER)

    -against-                                  **JUDGMENT**

PREVEZA CONSTRUCTION CORP.,
                      Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 10, 2020, the petitioners' motion is GRANTED. The arbitration award is confirmed, and judgment is entered in favor of the petitioners in the amount of $205,254.34 against Preveza Construction Corp. This judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
          August 10, 2020

                                            **RUBY J. KRAJICK**

                                                **Clerk of Court**
                          **BY:**
                                                **Deputy Clerk**